IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARK DORSEY             :
                        :
                        :
v.                      :  Civil No. WMN-02-557
                        :
                        :
CROSS COUNTRY BANK      :

ORDER

Plaintiff filed this suit alleging that Defendant made harassing telephone calls to his place of employment in its effort to collect on a credit card debt. Defendant has now filed a Motion to Compel Arbitration and Stay All Proceedings Pending Completion of Arbitration, arguing that this dispute must be sent to arbitration pursuant to a clause in the Credit Card Agreement. The motion is unopposed. Upon review of the motion and the applicable case law, the Court determines that the motion should be granted, for the reasons stated in the motion.

Accordingly, IT IS this 5th day of April, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion to Compel Arbitration and Stay All Proceedings Pending Completion of Arbitration, Paper No. 6, is GRANTED;

2. That this action is hereby stayed pending completion of arbitration;

3. That this action is hereby administratively closed; and

4. That the Clerk of the Court shall mail or transmit copies this order to all counsel of record.


_____
William M. Nickerson
United States District Judge